COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

DERRIL WAYNE WATKINS

MEMORANDUM OPINION*

v.     Record No. 1687-13-3                                PER CURIAM
                                                          DECEMBER 17, 2013

J. B. HUNT TRANSPORT, INC. AND
 INSURANCE COMPANY OF
 THE STATE OF PENNSYLVANIA

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Robert E. Evans, on briefs), for appellant.

(S. Vernon Priddy III; Sarah Y. M. Himmel; Two Rivers Law Group,
P.C., on brief), for appellees.


Derril Wayne Watkins ("claimant") appeals a decision of the Workers' Compensation

Commission ("the commission") finding that his correspondence filed with the commission on

April 3, 2006 did not constitute a claim for benefits. We have reviewed the record and the

commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the

reasons stated by the commission in its final opinion.[1] See Watkins v. J. B. Hunt Transport, Inc.,

JCN 2275375 (Aug. 13, 2013). We dispense with oral argument and summarily affirm because

the facts and legal contentions are adequately presented in the materials before the Court and

argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                          Affirmed.

_____

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

[1] Because we affirm the commission's decision that the April 3, 2006 letter was not a
claim, we need not reach appellees' cross-assignment of error that the claim was barred by
principles of *res judicata*.